# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>3322 SOUTH DIVISION STREET, SPOKANE, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENT THERETO AND THEREUPON,<br><br>Defendant. | NO.  CV-08-345-RHW<br><br>**ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS CIVIL FORFEITURE COMPLAINT** |

Before the Court is the parties' Joint Stipulation to Voluntarily Dismiss Civil Forfeiture Complaint (Ct. Rec. 40).

The parties ask that the above-captioned case be dismissed without costs and attorneys' fees.  The Court accepts the parties' Stipulation.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Stipulation to Voluntarily Dismiss Civil Forfeiture Complaint (Ct. Rec. 40) is **GRANTED**.

2. The above-captioned case is dismissed.  Each party shall be responsible for its attorneys' fees and costs.

///

///

///

**ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS CIVIL FORFEITURE COMPLAINT** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order and forward copies to counsel and **close the file**.
3  **DATED** this 28th day of April, 2010.

4

5                              *s/Robert H. Whaley*
                              ROBERT H. WHALEY
6                            United States District Judge

7

8

9

10
    Q:\CIVIL\2008\3322 South Division Street\dismiss.wpd
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS CIVIL
FORFEITURE COMPLAINT ~ 2**